IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY JAMES REDMOND,

    Plaintiff,

v.

LIEUTENANT DAVISON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-269-slc

This action came for consideration before the court with DISTRCT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_____
Peter Oppeneer, Clerk of Court

JUL 3 1 2009
_____
Date